STATE OF NEW JERSEY v. JAMES WATLINGTON.

July 12, 1984.

Petition for certification denied.

DEPARTMENT OF ENVIRONMENTAL PROTECTION OF THE
STATE OF NEW JERSEY v. A TO Z CHEMICAL
RESOURCE RECOVERY INC.

July 12, 1984.

Petition for certification denied.

MILLER AUTO LEASING COMPANY v.
MARTIN S. WEINSTEIN.

July 12, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 328)

IN RE THE ADOPTION OF W.L.D., III.

July 12, 1984.

Petition for certification dismissed as moot.